■ In the Matter of JAVONTE G., an Infant. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHAWN E., Appellant. [9 NYS3d 903]—Appeal from an order of the Family Court, Jefferson County (Richard V. Hunt, J.), entered February 19, 2014 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.